FILED BY ___KAN___ D.C.
May 16, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

25-MJ-2990-LOUIS

UNITED STATES OF AMERICA

v.  CASE NO. 2:25-cr-76-SPC-NPM

CHRISTOPHER DAVIES

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL; and

Warden of the Dade Correctional Institution,

It appearing from the petition of the United States that the defendant in this case, Christopher Davies, is confined at the Dade Correctional Institute in Homestead, Florida, and that this case is to be set for an initial appearance on May 19, 2025, or thereafter, and that it is necessary for Mr. Davies to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the defendant, Christopher Davies, who is currently detained at the Dade Correctional Institute, under safe and secure conduct, before this Court on May 19, 2025, or thereafter, at Fort Myers, Florida, for an initial appearance on criminal charges pending against him in this cause.

And this is to command you, Warden of the Dade Correctional Institute, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Christopher Davies for safe and secure conduct to this district for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case you return Christopher Davies, with all convenient speed, under safe and secure conduct, to the custody of the Warden of the Dade Correctional Institute.

DONE and ORDERED in Fort Myers, Florida, this 7th day of May, 2025.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

25-MJ-2990-LOUIS

FILED BY KAN D.C.
May 16, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:25-cr-76-SPC-NPM

CHRISTOPHER DAVIES

### AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America states as follows:

1. An indictment is pending in this Court against Defendant Christopher Davies, and he will be set for an initial appearance in Fort Myers, Florida, on May 19, 2025, or thereafter.

2. Mr. Davies is currently confined at the Dade Correctional Institute serving a state sentence.

3. It is necessary to have Mr. Davies before this Court for an initial appearance.

Accordingly, the United States asks the Court to issue a writ of habeas corpus ad prosequendum directing any United States Marshal to proceed to the Dade Correctional Institute, take custody of Mr. Davies, and have Mr. Davies before this Court at the specified time and place for an initial appearance, and—upon completion of proceedings in this case—to return Mr. Davies to the custody of the Warden of the Dade Correctional Institute, and directing the Warden of the Dade

Correctional Institute to deliver Mr. Davies into the custody of any United States Marshal for the same purpose.

Date: 5/6/2025

                                        Respectfully submitted,

                                        GREGORY W. KEHOE
                                        United States Attorney

                        By:   */s/ Patrick L. Darcey*
                             Patrick L. Darcey
                             Assistant United States Attorney
                             United States Attorney No. 212
                             2110 First Street, Suite 3-137
                             Fort Myers, Florida 33901
                             Telephone: (239) 461-2232
                             Facsimile: (239) 461-2219
                             E-mail: Patrick.Darcey@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 2:25-cr-76-SPC-NPM

CHRISTOPHER DAVIES

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

Warden of the Dade Correctional Institution,

It appearing from the petition of the United States that the defendant in this case, Christopher Davies, is confined at the Dade Correctional Institute in Homestead, Florida, and that this case is to be set for an initial appearance on May 19, 2025, or thereafter, and that it is necessary for Mr. Davies to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the defendant, Christopher Davies, who is currently detained at the Dade Correctional Institute, under safe and secure conduct, before this Court on May 19, 2025, or thereafter, at Fort Myers, Florida, for an initial appearance on criminal charges pending against him in this cause.

And this is to command you, Warden of the Dade Correctional Institute, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Christopher Davies for safe and secure conduct to this district for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case you return Christopher Davies, with all convenient speed, under safe and secure conduct, to the custody of the Warden of the Dade Correctional Institute.

DONE and ORDERED in Fort Myers, Florida, this ____ day of May, 2025.

 

Kyle C. Dudek
United States Magistrate Judge